STATE of Wisconsin, Plaintiff-Respondent,

v.

William STRONG, Defendant-Appellant-Petitioner.

Supreme Court

*No. 98–0248–CR.   Oral argument May 31, 2000.—Decided
June 16, 2000.*

2000 WI 50

(Also reported in 611 N.W.2d 457.)

BRADLEY, J., took no part.

For the defendant-appellant-petitioner there were briefs and oral argument by *Jack E. Schairer*, assistant state public defender.

For the plaintiff-respondent the cause was argued by *Paul G. Lundsten*, assistant attorney general, with whom on the brief was *James E. Doyle*, attorney general.

¶ 1.  PER CURIAM. The court is equally divided on the question of whether the decision of the court of appeals should be affirmed or reversed. Justice JON P. WILCOX, Justice N. PATRICK CROOKS, and Justice DIANE S. SYKES would affirm; Chief Justice SHIRLEY S. ABRAHAMSON, Justice WILLIAM A.

BABLITCH, and Justice DAVID T. PROSSER would reverse. Justice ANN WALSH BRADLEY did not participate.

¶ 2.  Accordingly, the decision of the court of appeals is affirmed.